# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 09-76 (RHK/RLE) |
| vs. | **ORDER** |
| Christine Bowdish, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 20, 2009

                                                                                   s/Richard H. Kyle
                                                                                   RICHARD H. KYLE
                                                                                   United States District Judge